Order entered January 31, 2013

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00416-CR
 No. 05-12-00440-CR

 Joe Louis Rodriguez, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 6
 Dallas County, Texas
 Trial Court Cause Nos. F10-45793-X, F12-00150-X

 ORDER

 The Court REINSTATES the appeals.
 On January 23, 2013, we ordered the trial court to make findings
regarding why appellant's briefs had not been filed. On January 28, 2013,
we received appellant's briefs, together with his extension motions.
Therefore, in the interest of expediting the appeals, we VACATE the
January 23, 2013 order requiring findings.
 We GRANT the January 28, 2013 extension motions ORDER appellant's
briefs filed as of the date of this order.
 /s/ DAVID W. EVANS
 JUSTICE